

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

August 9, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Davis v. Wild Friends Foods, Inc.*; Case No. 1:22-cv-4244 (LJL)

Dear Judge Liman:

We write jointly on behalf of both Parties. Plaintiff Kevin Davis ("Plaintiff") filed this action against defendant Wild Friends Foods, Inc., ("Defendant") on May 24, 2022. Defendant filed a motion to dismiss on July 28, 2022. The Parties wish to inform the Court that they have discussed amended pleadings and have consented to the following pursuant to Fed. R. Civ. P. 15(a)(2): Plaintiff shall file an Amended Complaint on or before August 18, 2022; and Defendant shall respond to the Amended Complaint on or before September 23, 2022. If Defendant moves to dismiss the Amended Complaint, Plaintiff's opposition to such a motion shall be due on or before October 7, 2022, and Defendant's reply on October 14, 2022. Additionally, the parties respectfully request that this letter serve in lieu of the required submissions for the Initial Pretrial Conference, that the Initial Pretrial Conference be adjourned, and the Court stay discovery in this case pending resolution of any motion to dismiss.

    Respectfully submitted,
    */s/ Edward Y. Kroub*
    EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)